DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JEFFREY ROGERS,**
Appellant,

v.

**RANDY M. GOLDBERG,**
Appellee.

No. 4D2025-2674

[March 26, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; William W. Haury, Jr., Judge; L.T. Case No. CACE18-015176.

Jeffrey Rogers, Dania Beach, pro se.

Randy M. Goldberg, Delray Beach.

PER CURIAM.

*Affirmed.*

LEVINE, FORST and SHEPHERD, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***